## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**V.**                                   **No.  4:18-cr-00369-SWW-1**

**JOSEPH STAFFORD**

### ORDER

On June 25, 2019, Defendant pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) (*Doc. 29*), and the Court sentenced him to serve fifty-seven months' imprisonment. *Doc. 43*.  Now before the Court is Defendant's motion for compassionate release. *Doc. 45*. Although the First Step Act made the procedural hurdles for compassionate release a bit less strenuous, a defendant still must establish "extraordinary and compelling reasons" and that release would not be contrary to the 18 U.S.C. § 3553(a) factors.[1]  After careful review, the Court finds that Defendant has failed to make the required showing, and his motion (*Doc. 45*) is therefore DENIED.

Dated this 1st day of July, 2022.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] 18 U.S.C. § 3553(a)(2) mandates that any sentence imposed reflect the seriousness of the offense, afford adequate deterrence, protect the public, and provide the defendant with appropriate rehabilitation.